UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Douglas County*, No.: 1:08-CV-11349-PBS | |

## STATE OF MONTANA'S STIPULATION OF DISMISSAL

Please take note that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the State of Montana and McKesson Corporation hereby stipulate to the dismissal of the State of Montana's claims in this action with prejudice with each party to bear its own costs.

DATED:  July 8, 2011

| | |
|---|---|
| Plaintiff State of Montana<br>By their Attorneys: | Defendant McKesson Corporation<br>By its Attorneys: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 |

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 8, 2011.

                                                     /s/ Steve W. Berman
                                                     Steve W. Berman